People ex rel. Prince Backman, Appellant, v Jim Walsh, as Superintendent of Sullivan Correctional Facility, Respondent.
[956 NYS2d 233]

"Habeas corpus relief is not an appropriate remedy for asserting claims that were or could have been raised on direct appeal or in a CPL article 440 motion, even if they are jurisdictional in nature" (*People ex rel. Hemphill v Rock*, 95 AD3d 1579, 1579 [2012] [internal quotation marks and citations omitted]; *see People ex rel. Chapman v LaClair*, 64 AD3d 1026, 1026 [2009], *lv denied* 13 NY3d 712 [2009]). The record discloses no extraordinary circumstances that would warrant departure from traditional orderly procedure (*see People ex rel. Collins v Billnier*, 87 AD3d 1208, 1209 [2011], *lv denied* 18 NY3d 802 [2011]). Accordingly, there is no basis upon which to disturb the denial of petitioner's application.

Rose, J.P., Lahtinen, Spain, McCarthy and Garry, JJ., concur. Ordered that the judgment is affirmed, without costs.